STATE OF RHODE ISLAND

| | |
|---|---|
| WASHINGTON, SC | SUPERIOR COURT |

JPMorgan Chase Bank, N.A. successor by merger )
To Chase Home Finance, LLC )
              *Plaintiff* )  CASE NO. WC-2024-0581
 )
v. )
 )
ROBERT CARVER, JR., a/k/a Robert G. Carver )
et al. )
              *Defendants,* )
 )
United States of America, et al. )
              *Defendants/Parties-in-Interest* )

NOTICE OF FILING OF REMOVAL

Please take notice that the United States of America has today filed a Notice of Removal with respect to this action, copies of which are attached hereto, in the Office of the Clerk of the United States District Court for the District of Rhode Island. The grounds for removal are 28 U.S.C. §§ 2410, 1444 and/or 28 U.S.C. § 1442. Upon the filing of said Notice of Removal in the United States District Court, said removal has been effectuated in accordance with Subsection (d) of 28 U.S.C. § 1446.

                                            Respectfully submitted,

                                            UNITED STATES OF AMERICA

                                            By its Attorneys,

                                            ZACHARY A. CUNHA
                                            United States Attorney

                                            <u>/s /*Peter I. Roklan*</u>
                                            PETER I. ROKLAN (Bar No. 7485)
                                            Assistant United States Attorney
                                            One Financial Plaza, 17th Floor
                                            Providence, RI   02903
                                            Tel. No. (401)709-5000
                                            Peter.roklan@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of November, 2024, I caused the within Notice of Filing of Removal to be filed electronically with the Rhode Island Judiciary's electronic filing system (EFS) and that it is available for viewing and downloading from EFS.

                                                    */s/ Peter I. Roklan*
                                                    Peter I. Roklan
                                                    Assistant U.S. Attorney

      A copy of the within Notice of Filing of Removal will be forwarded, postage prepaid mail, to:

Robert G. Carver
15 Riviera Drive
Narragansett, Rhode Island 02882

Linda A. Carver
15 Avice Street
Narragansett, Rhode Island 02882