UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A :<br>SUCCESSOR BY MERGER TO CHASE :<br>HOME FINANCE, LLC :<br>                     Plaintiff :<br>                            :<br>v.                               :<br>                            :<br>ROBERT CARVER, JR., a/k/a :<br>ROBERT G. CARVER, et. al. :<br>                  Defendants :<br>                            :<br>UNITED STATES OF AMERICA, et al. :<br>      Defendants/Parties-in-Interest : | C.A. No. 1-24-cv-00478 |

**PARTY-IN-INTEREST, OCEANSIDE PROPERTIES, LLC
ANSWER TO COMPLAINT IN INTERPLEADER
(Mortgage Foreclosure Surplus Proceeds)**

Now comes the Party-in-Interest, Oceanside Properties, LLC, and file its Answer as follows:

JURISDICTION

Party-in-Interest, Oceanside Properties, LLC admits paragraphs 1 and 2 as set out in the Complaint.

PARTIES

Party-in-Interest, Oceanside Properties, LLC admits paragraphs 1, 2, 3, 4, 5, and 6 as set out in the Complaint.

FACTS

Party-in-Interest, Oceanside Properties, LLC admits paragraphs 7,8,9,10, 11, and 12 as set out in the Complaint.

COUNT I- INTERPLEADER

Party-in-Interest, Oceanside Properties, LLC admits paragraphs 13, 14 and 15 as set out in the Complaint.

**WHEREFORE,** Party-in-Interest, Oceanside Properties, LLC respectfully request that this Court:

1.  Order that Party-in-Interest, Oceanside Properties, LLC, current owner of 15 South River Drive, Narragansett, RI, be awarded $24,594.33 from the surplus funds, the amount is made up of the following obligations of Defendants, Robert Carver and Linda Carver arising from an underlying eviction action.

   a. $15,161.00 for movers, Jones Moving and Storage;

   b. $1,100.00 for Constable, Caires Constable Services; and

   c. $7,333.00 for use and occupancy from August 12, 2024 to September 24, 2024.

2.  Grant any other and further relief as the Court deems just and proper.

                                                  PARTY-IN-INTEREST,
                                                  OCEANSIDE PROPERTIES, LLC
                                                  By Its Attorney

Dated: November 19, 2024                    */s/ Thomas J. Cronin*
                                                  Thomas J. Cronin, Esq. [#5302]
                                                  Nolan, Brunero, Cronin & Ferrara, Ltd.
                                                  1070 Main Street
                                                  Coventry, RI 02816
                                                  Tel. (401) 828-5800
                                                  Fax: (401) 823-3230
                                                  Email: tjc@ndgrb.com

## **CERTIFICATION**

I hereby certify that on this 19th day of November, 2024:

  X   I filed and served this document through the electronic filing system on the following parties: Erika L. Vogel, Esq.    at evogel@harmonlaw.com; Daniel M. Caves, Esq. at daniel.m.caves@usdoj.gov; and Kevin Love Hubbard, Esq. At kevin.hubbard@usdoj.gov

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

_____ I served this document through the electronic filing system on the following parties: _____

The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

_____ I mailed or hand-delivered this document to the attorney for the opposing party and/or the opposing party if self-represented, whose name is _____ at the following address _____.

 */s/ Maura E. Bettez*
 Maura E. Bettez