IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JPMORGAN CHASE, N.A., successor by merger to Chase Home Finance, LLC, successor by merger to Chase Manhattan Mortgage Corporation;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT G. CARVER, J.R. a/k/a ROBERT G. CARVER, and LINDA A. CARVER;<br><br>　　　　Defendants,<br><br>UNITED STATES OF AMERICA, JOHN B. ENNIS, and OCEANSIDE PROPERTIES LLC;<br><br>　　　　Defendants/Parties in Interest. | Case No. 1:24-cv-478-MRD-LDA<br><br>District Judge Melissa R. DuBose<br><br>Magistrate Judge Lincoln D. Almond |

**PROPOSED SCHEDULING ORDER**

　　The parties JP Morgan Chase, N.A., United States of America, and Oceanside Properties LLC, conferred by teleconference on January 10, 2025, and the same parties as well as John B. Ennis conferred by teleconference on January 17, 2025, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.  The parties addressed the topics set forth in Rule 26(f) during that teleconference.

　　The parties propose the following discovery schedule:

| | **Deadline** |
|---|---|
| Rule 26(a)(1) Initial Disclosures: | February 10, 2025 |
| Completion of Fact Discovery: | June 2, 2025 |
| Rule 26(a)(2) Expert Witness Disclosures: | The parties do not anticipate requiring expert witnesses. |

The parties do not anticipate requiring any changes to the sequencing or limitations on discovery found in the Federal Rules of Civil Procedure. Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties agree that service on a party who has so far made an appearance in this case may be made by email.

Respectfully Submitted,

*/s/ Erika Vogel (with consent)*
ERIKA VOGEL
Harmon Law Offices P.C.
150 California Street
Newton, MA 02458
617-558-8427 (v)
617-243-4046 (f)
evogel@harmonlaw.com

*Counsel for Plaintiff JP Morgan Chase, N.A.*

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice Tax Division

*/s/ Daniel M. Caves*
DANIEL M. CAVES
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 514-6058 | Fax: (202) 514-5238
Daniel.M.Caves@usdoj.gov

Of Counsel:

ZACHARY A. CUNHA
United States Attorney

*Counsel for Defendant/Party-in-Interest United States of America*

*/s/ Thomas J. Cronin (with consent)*
THOMAS J. CRONIN
Nolan, Brunero, Cronin & Ferrara Ltd.
1070 Main Street

Coventry, RI 02816
401-828-5800 (v)
401-823-3230 (f)
tjc@ndgrb.com

*Counsel for Defendant/Party-in-Interest Oceanside Properties LLC*


*/s/ John B. Ennis (with consent)*
JOHN B. ENNIS
1200 Reservoir Avenue
Cranston, RI 02920
jbelaw75@gmail.com

*Pro se Defendant/Party-in-Interest*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2025, I filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system, which will electronically serve all registered participants. I also hereby certify that I sent the foregoing document by Federal Express to the following non-CM/ECF users:

Robert G. Carver, Jr., a/k/a Robert G. Carver
15 Riviera Drive
Narragansett, RI 02882
*Pro Se*

Linda A. Carver
15 Avice Street
Narragansett, RI 02882
*Pro Se*

                                            */s/ Daniel M. Caves*
                                            DANIEL M. CAVES
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice