# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

JPMorgan Chase Bank, N.A.
Plaintiff,

v.                                          Case No.: 1:24−cv−00478−MRD−LDA

Robert Carver, Jr, et al.
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1.   Pleadings shall be amended by April 4, 2025

2.   All parties shall be joined by April 4, 2025

3.   All factual discovery shall be completed by June 2, 2025

4.   No deadline set for plaintiff making expert witness disclosures

5.   No deadline set for defendant making expert witness disclosures

6.   No deadline set for expert discovery completion

7.   Dispositive motions shall be filed by July 2, 2025

The parties shall add any known additional defendants or third−party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager via email or telephone (Nisshy Urizandi, Nisshy_Urizandi@rid.uscourts.gov or 401−752−7214).

So Ordered.

February 6, 2025                          By the Court:

                                          /s/ Melissa R. DuBose
                                          United States District Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Nissheneyra Urizandi 401–752–7214