IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JPMORGAN CHASE, N.A., successor by merger to Chase Home Finance, LLC, successor by merger to Chase Manhattan Mortgage Corporation;<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT G. CARVER, J.R. a/k/a ROBERT G. CARVER, and LINDA A. CARVER;<br><br>　　　　Defendants,<br><br>UNITED STATES OF AMERICA, JOHN B. ENNIS, and OCEANSIDE PROPERTIES LLC;<br><br>　　　　Defendants/Parties in Interest. | Case No. 1:24-cv-478-MRD-AEM<br><br>District Judge Melissa R. DuBose<br><br>Magistrate Judge Amy E. Moses |

**UNITED STATES' STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

1.　On or about December 1, 1994, Robert G. Carver, Jr., a/k/a Robert G. Carver, and Linda A. Carver (collectively the "Carvers"), acquired property located at 15 South River Drive, Narragansett, Rhode Island (the "Property"), by warranty deed. ECF No 1 (Removed Complaint with Exhibits) ¶ 7; ECF No. 10 (United States' Answer) ¶ 7. The warranty deed was recorded in the Town of Narragansett Land Evidence Records ("Land Records") at book 323, page 688. ECF Nos. 1 and 10, ¶ 7.

2.　The Carvers mortgaged the Property with Chase Manhattan Mortgage Corporation, dated August 25, 1997, and recorded in the Land Records at book 367, page 41. ECF Nos. 1 and 10, ¶ 8.

3. On March 18, 2018, the Carvers and Chase entered a loan modification agreement, recorded in the Land Records at book 916, page 661. ECF Nos. 1 and 10, ¶ 9.

4. On September 17, 2019, Chase foreclosed the mortgage by public auction and sold the property to a third party in the amount of $287,000. ECF Nos. 1 and 10, ¶ 10.

5. After satisfying the Carvers' indebtedness, $207,963.97 of the foreclosure proceeds remain, plus any accrued interest. ECF No. 1 ¶ 11.

6. A delegate of the Secretary of the Treasury made assessments against the Carvers for unpaid joint federal income tax liabilities for the periods, on the dates, and in the amounts described below. Those liabilities have balances due as of December 3, 2025, including assessed and accrued late-filing and late-payment penalties under 26 U.S.C. § 6651, costs, and statutory interest, and after applying any abatements, payments, and credits, as follows:

| Tax Period | Assessment Date | Tax Type | Assessment Tax Amount | Balance Due as of 12/03/2025 |
|---|---|---|---|---|
| 12/31/2014 | 02/13/2017 | Form 1040 | $26,791 | $47,240.86 |
| 12/31/2018 | 08/09/2021 | Form 1040 | $4,629 | $9,422.15 |
| 12/31/2019 | 08/24/2020<br>08/15/2022 | Form 1040 | $22,126<br>$5,152 | $10,569.30 |
| **Total Balance as of December 3, 2025** | | | | **$67,232.31** |

*See* Ex. 1, *IRS Declaration* ¶ 4; Ex. 1-A, *IRS Account Transcripts for 2014, 2018, and 2019 Tax Years*; Ex. 1-B, *INTST Report for 2014, 2018, and 2019 Tax Years as of December 3, 2025*.

7. The IRS filed a Notice of Federal Tax Lien ("NFTL") for the 2014 tax year on December 27, 2017, in the Land Records at book 905, page 1027, and another NFTL for the 2018 and 2019 tax years on November 25, 2024, at book 1038, page 801. *See* Ex. 2, *Notices of Federal Tax Lien for 2014, 2018, and 2019 Tax Years*.

8. No other liens at issue in this case have been recorded in the Land Records as of this filing.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

*s/ Daniel M. Caves*
DANIEL M. CAVES
Trial Attorney
Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
(202) 514-6058 | Fax: (202) 514-5238
Daniel.M.Caves@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system, which will electronically serve all registered participants. I also hereby certify that I sent the foregoing document by U.S. Mail to the following non-CM/ECF users:

| | |
|---|---|
| Robert G. Carver, Jr. | Linda A. Carver |
| P.O. Box 739<br>Wakefield, RI 02880 | P.O. Box 739<br>Wakefield, RI 02880 |
| 15 Avice Street<br>Narragansett, RI 02882 | 15 Avice Street<br>Narragansett, RI 02882 |

*/s/ Daniel M. Caves*
DANIEL M. CAVES
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice