**Washington County Superior Court**

# Case Summary

**Case No. WC-2020-0372**

| | | | |
|---|---|---|---|
| **Robert Carver et al. v. JPMorgan Chase Bank, N.A. et al.** | § | Location: | **Washington County Superior Court** |
| | § | Filed on: | **09/14/2020** |

## Case Information

Case Type: Declaratory Judgment

Case Status: **07/01/2024 Notice of Appeal Filed**

### Related Cases

WD-2020-0405 (Related Case Number)

### Statistical Closures

01/08/2024 Closed-Bench Trial-Assigned-Decision

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Carver, Linda A** | **ENNIS, JOHN B**<br>***Retained*** |
| | **Carver, Robert G** | **ENNIS, JOHN B**<br>***Retained*** |
| **Defendant** | **Brunero Revocable Family Trust dated March 31, 2014** | **BUCKLEY, PATRICIA A.**<br>***Retained*** |
| | **Horowitz, Steven** | |
| | **JPMorgan Chase Bank, N.A.** | **JUSCZYK, MICHAEL**<br>***Retained*** |

| | |
|---|---|
| **Oceanside Properties, LLC** | **BUCKLEY, PATRICIA A.** *Retained*<br>**BUCKLEY, PATRICIA A.** *Retained* |

## Case Events

09/14/2020
Complaint Filed

09/14/2020
Summons

12/11/2020
Entry of Appearance

12/11/2020
Answer Filed

12/21/2020
Entry of Appearance

12/21/2020
Answer and Counterclaim Filed

01/08/2021
Answer Filed

04/20/2021
Scheduling Order (Judicial Officer: Taft-Carter, Associate Justice Sarah)

08/05/2021
Motion

08/06/2021
Motion for Alternative Service

08/06/2021
Motion for Alternative Service

08/09/2021
Motion for Extension of Time

09/09/2021
Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

10/08/2021
Motion for Alternative Service

10/08/2021
Motion for Alternative Service

10/08/2021
Motion to Amend

10/18/2021
Rule 7 Motion to Compel Answers to Interrogatories

10/18/2021
Rule 7 Motion to Compel Response to Request for Production

10/18/2021
Rule 7 Motion to Compel Answers to Interrogatories

10/18/2021
Rule 7 Motion to Compel Response to Request for Production

10/18/2021
Rule 7 Motion to Compel Answers to Interrogatories

10/18/2021
Rule 7 Motion to Compel Response to Request for Production

11/12/2021
Objection to Rule of Court Motion

11/12/2021
Objection to Rule of Court Motion

11/19/2021
Order Motion to Compel Answers to Interrogatories
(Judicial Officer: Taft-Carter, Associate Justice Sarah)
Party: Defendant JPMorgan Chase Bank, N.A.

11/19/2021
Order Motion to Compel Request for Production
(Judicial Officer: Taft-Carter, Associate Justice Sarah)

11/19/2021
Order Motion to Compel Request for Production
(Judicial Officer: Taft-Carter, Associate Justice Sarah)

11/19/2021

Order Motion to Compel Answers to Interrogatories
(Judicial Officer: Taft-Carter, Associate Justice Sarah)
Party: Plaintiff Carver, Robert G

11/19/2021

Order Motion to Compel Request for Production
(Judicial Officer: Taft-Carter, Associate Justice Sarah)
Party: Plaintiff Carver, Linda A

11/22/2021

Order Motion to Compel Answers to Interrogatories
(Judicial Officer: Taft-Carter, Associate Justice Sarah)
Party: Defendant Oceanside Properties, LLC

12/06/2021 Miscellaneous Motion Filed

12/06/2021 Miscellaneous Motion Filed

12/07/2021 Notice of Change of Address Filed

01/14/2022 Entry of Appearance

01/25/2022

Order Motion to Compel Discovery (Judicial Officer: Taft-Carter, Associate Justice Sarah)

01/26/2022 Motion to Dismiss

02/01/2022 Motion

02/25/2022 Scheduling Order (Judicial Officer: Taft-Carter, Associate Justice Sarah)

02/25/2022

Conditional Order of Dismissal Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

03/17/2022 Miscellaneous Case Notes

04/06/2022
Motion to Enter Judgment

04/27/2022
Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

05/06/2022
Notice of Change of Address Filed

08/05/2022
Motion to Amend

08/05/2022
Motion to Amend

08/09/2022
Objection to Motion

08/22/2022
Order Motion to Amend Pleading (Judicial Officer: Taft-Carter, Associate Justice Sarah)

10/14/2022
Motion to Enter Final Judgment

10/17/2022
Omnibus Form

10/17/2022
Motion to Enter Judgment

02/18/2023
Answer Filed

04/07/2023
Motion to Compel

04/13/2023
Objection to Motion

06/05/2023
Motion to Withdraw

06/15/2023
Scheduling Order (Judicial Officer: Taft-Carter, Associate Justice Sarah)

06/20/2023

Order Motion to Take Deposition (Judicial Officer: Taft-Carter, Associate Justice Sarah)

07/03/2023
Motion to Compel

07/03/2023
Motion to Compel

07/03/2023
Motion to Compel

07/03/2023
Rule 7 Motion to Compel Response to Request for Production

07/03/2023
Rule 7 Motion to Compel Answers to Interrogatories

07/03/2023
Rule 7 Motion to Compel Response to Request for Production

07/03/2023
Motion to Compel

07/11/2023
Objection to Motion

07/11/2023
Objection to Motion

07/11/2023
Objection to Motion

07/11/2023
Objection to Motion

07/11/2023
Objection to Motion

07/25/2023
Scheduling Order (Judicial Officer: Taft-Carter, Associate Justice Sarah)

07/26/2023
Withdrawal of Appearance

08/09/2023
Motion for Extension of Time

09/06/2023
Scheduling Order (Judicial Officer: Taft-Carter, Associate Justice Sarah)

09/29/2023
Omnibus Form

09/29/2023
Motion for Summary Judgment

09/29/2023
Memorandum in Support of Summary Judgment

09/29/2023
Attachment Filed

09/29/2023
Memorandum in Support of Summary Judgment

10/03/2023
Omnibus Form

10/03/2023
Motion for Summary Judgment
Party: Attorney of Record JUSCZYK, MICHAEL;
Defendant JPMorgan Chase Bank, N.A.

10/03/2023
Affidavit Filed
Party: Attorney of Record JUSCZYK, MICHAEL

10/10/2023
Scheduling Order (Judicial Officer: Taft-Carter, Associate Justice Sarah)

10/17/2023
Motion for Extension of Time

10/17/2023
Objection to Motion

10/18/2023
Objection to Motion

10/20/2023
Scheduling Order (Judicial Officer: Taft-Carter, Associate Justice Sarah)

10/23/2023
Omnibus Form

10/23/2023
Emergency Motion Filed

10/25/2023
Consent Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

10/31/2023
Motion for Extension of Time

11/02/2023
Objection to Motion

11/02/2023
Objection to Motion

11/02/2023
Memorandum in Opposition of Summary Judgment

11/06/2023
Consent Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

11/06/2023
Consent Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

11/09/2023
Supplemental Memorandum Filed

11/09/2023
Response

11/15/2023
Motion to Strike

11/17/2023
Pretrial Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

11/21/2023
Pre Trial Memorandum

11/21/2023
Pretrial Memorandum of Law Filed

11/21/2023
Subpoenas Issued
Party: Attorney of Record JUSCZYK, MICHAEL

11/24/2023
Objection Filed

11/24/2023
Pretrial Memorandum of Law Filed

11/27/2023
Motion in Limine

01/08/2024
Closed-Bench Trial-Assigned-Decision (Judicial Officer: Taft-Carter, Associate Justice Sarah)

01/23/2024
Brief Filed

01/23/2024
Memorandum Filed

01/23/2024
Memorandum Filed

02/26/2024
Motion to Withdraw

02/29/2024
Objection to Motion

03/06/2024
Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

03/06/2024
Response to Motion Filed

03/26/2024
Rule 7 Motion to Consolidate

04/18/2024
Order Motion to Consolidate (Judicial Officer: Taft-Carter, Associate Justice Sarah)

05/24/2024
Motion

05/29/2024
Response to Motion Filed

06/13/2024
Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

06/13/2024
Judgment Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

07/01/2024
Notice of Appeal Supreme Court

07/16/2024
Motion to Withdraw

07/25/2024
Certificate of Service

08/20/2024
Order Motion to Withdraw Appearance (Judicial Officer: Taft-Carter, Associate Justice Sarah)

09/05/2024
Motion to Dismiss Appeal

## Hearings

03/11/2021 **Remote Hearing** (10:40 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

03/25/2021 **Remote Hearing** (10:00 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

04/16/2021 **Status Conference** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
03/11/2021 Reset by Court to 03/25/2021
03/25/2021 Reset by Court to 04/16/2021
*Order to Enter*

08/16/2021 **Remote Hearing** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

08/16/2021 **Hearing on Motion** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

09/03/2021
**Hearing on Motion for Alternative Service** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
08/16/2021 Reset by Court to 09/03/2021
*Passed*

09/20/2021
**Motion for Extension of Time for Answer** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Granted Under Rule of Court*

10/18/2021
**Hearing on Motion for Alternative Service** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Granted*

10/18/2021
**Hearing on Motion to Amend** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Granted*

10/18/2021 **Remote Hearing** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

11/15/2021
**Rule 7 Hearing on Motion to Compel for Production** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Granted Under Rule of Court*

11/15/2021
**Rule 7 Hearing on Motion to Compel Answer to Interrogatories** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Granted Under Rule of Court*

11/15/2021
**Rule 7 Hearing on Motion to Compel for Production** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Granted Under Rule of Court*

11/15/2021
**Rule 7 Hearing on Motion to Compel Answer to Interrogatories** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Granted Under Rule of Court*

11/15/2021
*CANCELED* **Rule 7 Hearing on Motion to Compel for Production** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
11/15/2021 Reset by Court to 11/15/2021
*30 Day Order to Enter*

11/15/2021

*CANCELED* **Rule 7 Hearing on Motion to Compel Answer to Interrogatories** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
11/15/2021 Reset by Court to 11/15/2021
*Passed*

01/18/2022

**Hearing on Motion to Compel** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

02/21/2022

**Hearing on Motion for Conditional Order of Dismissal** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Granted*

02/21/2022

**Hearing on Motion to Amend** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

04/18/2022

**Hearing on Motion for Entry of Judgment** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

08/15/2022

*CANCELED* **Rule 7 Hearing on Motion to Amend Pleadings** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
08/15/2022 Reset by Court to 08/15/2022
*Scheduled in Error*

08/15/2022

**Hearing on Motion to Amend** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

08/15/2022

**Hearing on Motion to Amend** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

12/09/2022
*CANCELED* **Hearing on Motion to Enter Final Judgment** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
10/28/2022 Reset by Court to 11/04/2022
11/04/2022 Reset by Court to 11/18/2022
11/18/2022 Reset by Court to 12/09/2022
*Passed*

05/15/2023
**Hearing on Motion to Compel** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
04/17/2023 Reset by Court to 05/15/2023
*45 Day Order to Enter*

06/08/2023 **Status Conference** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Continued for Further Hearing*

06/19/2023
**Hearing on Motion to Withdraw** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
06/16/2023 Reset by Court to 06/19/2023
*Passed*

07/14/2023 **Status Conference** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Continued for Further Hearing*

07/14/2023
**Hearing on Motion to Compel** (9:30 AM) (Judicial Officer: McBurney, Associate Justice Joseph J)
07/10/2023 Reset by Court to 07/14/2023
*Continued for Further Hearing*

07/14/2023
**Rule 7 Hearing on Motion to Compel Answer to Interrogatories** (9:30 AM) (Judicial Officer: McBurney, Associate Justice Joseph J)
07/10/2023 Reset by Court to 07/14/2023
*Continued for Further Hearing*

07/14/2023
**Rule 7 Hearing on Motion to Compel for Production** (9:30 AM) (Judicial Officer: McBurney, Associate Justice Joseph J)
07/10/2023 Reset by Court to 07/14/2023
*Continued for Further Hearing*

09/01/2023 *CANCELED* **Status Conference** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
07/28/2023 Reset by Court to 08/03/2023
08/03/2023 Reset by Court to 09/01/2023
*Scheduled in Error*

09/01/2023
**Hearing on Motion for Enlargement of Time** (9:30 AM)
*Heard and Granted*

09/15/2023 **Hearing on Motion to Compel** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
07/28/2023 Reset by Court to 08/03/2023
08/03/2023 Reset by Court to 09/01/2023
09/01/2023 Reset by Court to 09/08/2023
09/08/2023 Reset by Court to 09/15/2023
*Order to Enter*

09/15/2023 *CANCELED* **Rule 7 Hearing on Motion to Compel Answer to Interrogatories** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
07/28/2023 Reset by Court to 08/03/2023
08/03/2023 Reset by Court to 09/01/2023
09/01/2023 Reset by Court to 09/08/2023
09/08/2023 Reset by Court to 09/15/2023
*45 Day Order to Enter*

09/15/2023 *CANCELED* **Rule 7 Hearing on Motion to Compel for Production** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
07/28/2023 Reset by Court to 08/03/2023
08/03/2023 Reset by Court to 09/01/2023
09/01/2023 Reset by Court to 09/08/2023
09/08/2023 Reset by Court to 09/15/2023
*45 Day Order to Enter*

09/26/2023 **Status Conference** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
09/19/2023 Reset by Court to 09/26/2023
*Completed*

10/20/2023
**Hearing on Motion for Extension of Time** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

11/03/2023 **Hearing on Motion for Extension of Time** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
10/27/2023 Reset by Court to 11/03/2023
*Passed*

11/16/2023 **Hearing on Motion for Summary Judgment** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
10/20/2023 Reset by Court to 11/16/2023
*Heard and Reserved*

11/16/2023 **Trial Calendar Call** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
10/20/2023 Reset by Court to 11/16/2023
*Ready Date Trial*

11/16/2023 **Hearing on Motion for Summary Judgment** (10:00 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Reserved*

11/16/2023 **Hearing on Motion for Summary Judgment** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Reserved*

11/16/2023 **Hearing on Motion to Strike** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Other*

11/27/2023 **Trial Date Certain** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
11/06/2023 Reset by Court to 11/27/2023
*Case Opens to Judge / Trial Proceeds*

11/27/2023 **Hearing on Motion in Limine** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

11/28/2023 **Trial** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Continued for Trial*

01/08/2024 **Trial** (12:00 PM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
11/28/2023 Reset by Court to 12/12/2023
12/12/2023 Reset by Court to 01/04/2024
01/04/2024 Reset by Court to 01/08/2024
*Trial Proceeds and Concludes*

02/23/2024 **Decision** (11:00 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

03/08/2024
**Hearing on Motion to Withdraw** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Denied*

03/21/2024 **Status Conference** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

04/15/2024
**Hearing on Motion to Consolidate** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
04/15/2024 Reset by Court to 04/15/2024
*Granted Under Rule of Court*

06/03/2024
**Hearing on Motion for Entry of Judgment** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Granted*

07/26/2024
**Hearing on Motion to Withdraw** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Granted*

09/16/2024
**Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Granted*

## Other Documents

01/23/2024
Public PDF
Exhibit A

9 Pages

---

01/23/2024
Public PDF
Paper Document Exhibit
9 Pages

---

01/23/2024
Public PDF
Exhibit C
5 Pages

---

01/23/2024
Public PDF
Exhibit D
5 Pages

---

01/23/2024
Public PDF
Exhibit E
6 Pages

---

01/23/2024
Public PDF
Exhibit F
5 Pages

---

01/23/2024
Public PDF
Exhibit G
5 Pages

---

01/23/2024
Public PDF
Exhibit H
2 Pages

---

01/23/2024
Public PDF

Exhibit I
2 Pages

---

01/23/2024
Public PDF
Exhibit J
6 Pages

---

01/23/2024
Public PDF
Exhibit K
5 Pages

---

01/23/2024
Public PDF
Exhibit L
5 Pages

---

01/23/2024
Public PDF
Exhibit M
15 Pages

---

01/23/2024
Public PDF
Exhibit N
5 Pages

---

01/23/2024
Public PDF
Exhibit O
5 Pages

---

01/23/2024
Public PDF
Exhibit P
9 Pages

---

01/23/2024

Public PDF
Exhibit Q
9 Pages

---

01/23/2024
Public PDF
Exhibit R
9 Pages

---

01/23/2024
Public PDF
Exhibit S
5 Pages

---

01/23/2024
Public PDF
Exhibit T
5 Pages

---

01/23/2024
Public PDF
Paper Document Exhibit
5 Pages

---

01/23/2024
Public PDF
Exhibit U
6 Pages

---

01/23/2024
Public PDF
Exhibit V
6 Pages

---

01/23/2024
Public PDF
Exhibit W
6 Pages

---

01/23/2024
Public PDF
Exhibit X
6 Pages

---

01/23/2024
Public PDF
Exhibit Y
6 Pages

---

01/23/2024
Public PDF
Exhibit Z
6 Pages

---

01/23/2024
Public PDF
Exhibit AA
5 Pages

---

01/23/2024
Public PDF
Exhibit BB
2 Pages

---

01/23/2024
Public PDF
Exhibit CC
2 Pages

---

01/23/2024
Public PDF
Exhibit DD
5 Pages

---

01/23/2024
Public PDF
Exhibit EE
2 Pages

---

01/23/2024
Public PDF
Exhibit FF
67 Pages

---

01/23/2024
Public PDF
Exhibit GG
276 Pages

---

01/23/2024
Public PDF
Exhibit HH
4 Pages

---

01/23/2024
Public PDF
EXhibit JJ
15 Pages

---

01/23/2024
Public PDF
Joint 1
4 Pages

---

01/23/2024
Public PDF
Joint 2
4 Pages

---

01/23/2024
Public PDF
Joint
7 Pages

---

01/23/2024
Public PDF
Paper Document Exhibit

2 Pages

01/23/2024
Public PDF
Paper Document Exhibit
7 Pages

01/23/2024
Public PDF
Joint 5
2 Pages

01/23/2024
Public PDF
Joint 6
2 Pages

01/23/2024
Public PDF
Joint 7
2 Pages

01/23/2024
Public PDF
Joint 8
2 Pages

01/23/2024
Public PDF
Joint 9
2 Pages

01/23/2024
Public PDF
1
3 Pages

01/23/2024
Public PDF

2

8 Pages

---

01/23/2024

Public PDF

3

7 Pages

---

01/23/2024

Public PDF

Paper Document Exhibit

7 Pages

---

01/23/2024

Public PDF

Exhibit 8

27 Pages

---

01/23/2024

Public PDF

EXhibit 8

62 Pages

---

## Financial Information

| | | | |
|---|---|---|---|
| | **Plaintiff** Carver, Linda A | | |
| | Total Financial Assessment | | 480.75 |
| | Total Payments and Credits | | 480.75 |
| | **Balance Due as of 09/16/2024** | | **0.00** |
| 09/14/2020 | Transaction Assessment | | 180.75 |
| 09/14/2020 | Electronic Payment | Receipt # SCW-2020-000904 | (180.75) |
| 07/01/2024 | Transaction Assessment | | 300.00 |
| 07/01/2024 | Electronic Payment | Receipt # SCW-2024-000642 | (300.00) |