**Washington County Superior Court**

## Case Summary

**Case No. WD-2020-0405**

**Oceanside Properties, LLC v. Catherine Carver, et al.** § §

Location: **Washington County Superior Court**
Filed on: **09/29/2020**

### Case Information

**Related Cases**
4CA-2020-00473 (Related Case Number)
WC-2020-0372 (Related Case Number)

Case Type: Trespass and Ejectment
Case Status: **06/03/2024 Closed**
Case Flags: **Claim for Jury Trial**

**Statistical Closures**
06/03/2024 Closed-Non-Trial-Assigned-Judgment

### Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Oceanside Properties, LLC** | **CONTI, STEVE** ***Retained*** |
| **Defendant** | **Carver, Catherine** | |
| | **Carver, Linda A.** | **Pro Se** |
| | **Carver, Robert G** | **Pro Se** |
| | **Carver, Samantha** | |

### Dispositions

06/03/2024 **Judgment Entered** (Judicial Officer: Taft-Carter, Associate Justice Sarah)
Monetary/Property Award
Creditors: Oceanside Properties, LLC
Debtors: Carver, Linda A. ; Carver, Robert G ; Carver, Samantha ; Carver, Catherine
Entered Date: 06/03/2024
Current Judgment Status:
Status: Unsatisfied
Status Date: 06/03/2024
Monetary Award:
Amount: $78,348.00
Attorney Fee: $6,500.00
Total: $84,848.00
Property Award:
Possession
Awarded To: Oceanside Properties, LLC
Property Type: Residential
Property Location: 15 South River Drive Narragansett, Rhode Island 02882

### Case Events

09/29/2020 Complaint Filed

## Case Summary

**Case No. WD-2020-0405**

| | |
|---|---|
| 11/18/2020 | Motion to Dismiss Appeal |
| 12/02/2020 | Memorandum in Oppositon to Motion to Dismiss |
| 12/02/2020 | Objection to Motion |
| 12/15/2020 | Motion to Dismiss Appeal |
| 12/15/2020 | Miscellaneous Case Notes |
| 12/15/2020 | Affidavit of Non-Compliance Filed |
| 12/15/2020 | Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah) |
| 01/07/2021 | Objection to Motion |
| 01/07/2021 | Objection to Motion |
| 02/03/2021 | Motion to Dismiss Appeal |
| 02/03/2021 | Affidavit of Non-Compliance Filed |
| 02/05/2021 | Omnibus Form |
| 02/23/2021 | Objection to Motion |
| 02/28/2021 | Memorandum Filed |
| 03/02/2021 | Memorandum Filed |
| 03/08/2021 | Motion to Dismiss Appeal |
| 03/08/2021 | Objection Filed |
| 03/26/2021 | Objection to Order |
| 05/13/2021 | Motion to Dismiss Appeal |
| 05/13/2021 | Miscellaneous Case Notes |
| 05/13/2021 | Affidavit of Non-Compliance Filed |
| 05/21/2021 | Objection to Motion |
| 09/29/2021 | Motion to Adjudge in Contempt |
| 11/05/2021 | Objection to Motion |
| 11/16/2021 | Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah) |
| 11/29/2021 | Affidavit of Non-Compliance Filed |
| 01/24/2022 | Motion to Dismiss Appeal |
| 01/24/2022 | Motion to Adjudge in Contempt |

## Case Summary

**Case No. WD-2020-0405**

02/10/2022 Affidavit of Non-Compliance Filed

02/11/2022 Objection to Motion

04/22/2022 Motion to Adjudge in Contempt

05/12/2022 Objection to Motion

05/13/2022 Stipulation Filed (Judicial Officer: Taft-Carter, Associate Justice Sarah)

05/25/2022 Order Motion to Adjudge in Contempt (Judicial Officer: Taft-Carter, Associate Justice Sarah)

06/07/2022 Motion to Adjudge in Contempt

06/17/2022 Objection to Motion

06/17/2022 Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

07/06/2022 Motion to Adjudge in Contempt

08/22/2022 Motion to Adjudge in Contempt

09/20/2022 Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

09/23/2022 Motion to Adjudge in Contempt

10/21/2022 Objection to Motion

10/25/2022 Affidavit Filed

10/26/2022 Motion to Adjudge in Contempt

11/05/2022 Stipulation Filed

11/10/2022 Stipulation Filed Agreement For Payment (Judicial Officer: Taft-Carter, Associate Justice Sarah)

11/21/2022 Motion to Adjudge in Contempt

12/20/2022 Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

01/09/2023 Motion to Adjudge in Contempt

02/03/2023 Order Motion to Adjudge in Contempt (Judicial Officer: Taft-Carter, Associate Justice Sarah)

02/14/2023 Motion to Adjudge in Contempt

03/05/2023 Motion to Withdraw

03/21/2023 Motion to Adjudge in Contempt

03/22/2023 Motion to Adjudge in Contempt

04/21/2023 Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)
Party: Plaintiff Oceanside Properties, LLC

## Case Summary

**Case No. WD-2020-0405**

| | |
|---|---|
| 04/29/2023 | Motion to Adjudge in Contempt |
| 06/01/2023 | Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah) |
| 07/06/2023 | Order Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah) |
| 07/18/2023 | Motion to Adjudge in Contempt |
| 07/31/2023 | Omnibus Form |
| 07/31/2023 | Motion for Sanctions |
| 07/31/2023 | Motion to Adjudge in Contempt |
| 07/31/2023 | Rule 7 Motion to Assign to Trial Pool |
| 08/08/2023 | Witness Subpoena Returned Served |
| 08/08/2023 | Witness Subpoena Returned Served |
| 09/01/2023 | Stipulation Filed (Judicial Officer: Taft-Carter, Associate Justice Sarah) |
| 12/01/2023 | Omnibus Form |
| 12/01/2023 | Motion to Adjudge in Contempt |
| 12/01/2023 | Motion for Sanctions |
| 12/01/2023 | Motion to Adjudge in Contempt |
| 12/01/2023 | Omnibus Form |
| 12/01/2023 | Motion to Adjudge in Contempt |
| 12/01/2023 | Omnibus Form |
| 12/01/2023 | Motion to Adjudge in Contempt |
| 12/01/2023 | Omnibus Form |
| 12/01/2023 | Motion for Sanctions |
| 12/04/2023 | Affidavit of Non-Compliance Filed |
| 03/19/2024 | Order Motion to Withdraw Appearance (Judicial Officer: Taft-Carter, Associate Justice Sarah)<br>Party: Attorney of Record ENNIS, JOHN B |
| 05/23/2024 | Omnibus Form |
| 05/23/2024 | Motion to Enter Judgment |
| 06/03/2024 | Order Motion for Entry of Judgment (Judicial Officer: Taft-Carter, Associate Justice Sarah) |
| 06/03/2024 | Closed-Non-Trial-Assigned-Judgment |

06/12/2024 Execution Issued as Ordered
Party: Defendant Carver, Catherine

06/12/2024 Execution Issued as Ordered
Party: Defendant Carver, Linda A.

06/12/2024 Execution Issued as Ordered
Party: Defendant Carver, Robert G

06/12/2024 Execution Issued as Ordered
Party: Defendant Carver, Samantha

06/13/2024 Stipulation Filed

06/30/2024 Stipulation Filed

07/08/2024 Stipulation Filed

07/16/2024 Motion to Withdraw

07/25/2024 Certificate of Service

08/20/2024 Order Motion to Withdraw Appearance (Judicial Officer: Taft-Carter, Associate Justice Sarah)

01/18/2025 Motion to Amend Judgment

02/09/2025 Motion to Amend Judgment

02/09/2025 Omnibus Form

03/17/2025 Motion to Amend

04/04/2025 Judgment Entered (Judicial Officer: Taft-Carter, Associate Justice Sarah)

06/05/2025 Dismissal Filed

## Hearings

11/12/2020 **Control Date** (9:00 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Continued for Control*

12/03/2020 **Hearing on Motion to Dismiss** (9:00 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

12/03/2020 **Remote Hearing** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

01/08/2021 **Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Continued*

01/08/2021 **Remote Hearing** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

01/15/2021 **Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Passed*

01/15/2021 **Remote Hearing** (2:30 PM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)

*Completed*

02/25/2021 **Control Date** (9:00 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
12/03/2020 Reset by Court to 02/25/2021
*Completed*

02/25/2021 **Remote Hearing** (10:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

03/05/2021
**Hearing on Motion to Dismiss** (9:31 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
02/19/2021 Reset by Court to 02/25/2021
02/25/2021 Reset by Court to 02/25/2021
02/25/2021 Reset by Court to 03/05/2021
*Heard and Denied*

03/05/2021 **Remote Hearing** (10:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

03/11/2021 **Remote Hearing** (10:40 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

03/25/2021
**Hearing on Motion to Dismiss** (10:00 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
03/11/2021 Reset by Court to 03/25/2021
*Order to Enter*

03/25/2021 **Remote Hearing** (10:00 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

04/16/2021 *CANCELED* **Status Conference** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
03/11/2021 Reset by Court to 03/25/2021
03/25/2021 Reset by Court to 04/16/2021
*Passed*

05/21/2021
**Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

11/05/2021
**Hearing on Motion to Adjudge in Contempt** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
10/18/2021 Reset by Court to 10/22/2021
10/22/2021 Reset by Court to 11/05/2021
*Order to Enter*

12/03/2021
**Review** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Passed*

02/11/2022
**Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

03/07/2022 **Review** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Passed*

05/13/2022
**Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Granted*

05/13/2022 **Stipulation to Enter** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
05/13/2022 Reset by Court to 05/13/2022
*Completed*

06/17/2022
**Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

07/22/2022
*CANCELED* **Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Passed*

09/09/2022
**Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)

## Case Summary

**Case No. WD-2020-0405**

09/09/2022 Reset by Court to 09/09/2022
*Heard and Granted*

10/21/2022 **Hearing on Motion to Adjudge in Contempt** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
10/14/2022 Reset by Court to 10/21/2022
*Order to Enter*

12/16/2022 *CANCELED* **Hearing on Motion to Adjudge in Contempt** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Passed*

12/16/2022 **Hearing on Motion to Adjudge in Contempt** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

01/27/2023 **Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Order to Enter*

03/17/2023 *CANCELED* **Hearing on Motion to Adjudge in Contempt** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
03/10/2023 Reset by Court to 03/17/2023
*Passed*

04/17/2023 **Hearing on Motion to Withdraw** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
03/17/2023 Reset by Court to 03/24/2023
03/24/2023 Reset by Court to 04/14/2023
04/14/2023 Reset by Court to 04/17/2023
*Heard and Granted*

04/21/2023 **Hearing on Motion to Adjudge in Contempt** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
04/14/2023 Reset by Court to 04/21/2023
*Order to Enter*

06/19/2023 **Hearing on Motion to Adjudge in Contempt** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
05/19/2023 Reset by Court to 06/16/2023
06/16/2023 Reset by Court to 06/19/2023
*Heard and Continued*

07/10/2023 **Review** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Completed*

09/01/2023 **Hearing on Motion for Attorney Fees** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Stipulation to Enter*

09/01/2023 **Hearing on Motion to Adjudge in Contempt** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Stipulation to Enter*

09/29/2023 **Rule 7 Hearing on Motion to Assign to Trial Pool** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
09/01/2023 Reset by Court to 09/29/2023
*Heard and Granted*

09/29/2023 **Review** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
09/29/2023 Reset by Court to 09/29/2023
*Completed*

03/08/2024 **Hearing on Motion to Adjudge in Contempt** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
01/12/2024 Reset by Court to 02/09/2024
02/09/2024 Reset by Court to 03/08/2024
*Order to Enter*

03/08/2024 **Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)

01/12/2024 Reset by Court to 02/09/2024
02/09/2024 Reset by Court to 03/08/2024
*Order to Enter*

03/08/2024
**Hearing on Motion for Sanctions** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
01/12/2024 Reset by Court to 02/09/2024
02/09/2024 Reset by Court to 03/08/2024
*Order to Enter*

06/03/2024
**Hearing on Motion for Entry of Judgment** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Granted*

07/26/2024
**Hearing on Motion to Withdraw** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Heard and Granted*

02/07/2025
**Hearing on Motion to Amend Judgment** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
*Passed*

04/04/2025
**Hearing on Motion to Amend Judgment** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
02/28/2025 Reset by Court to 03/21/2025
03/21/2025 Reset by Court to 04/04/2025
*Stipulation to Enter*

## Financial Information

| | | | |
|---|---|---|---|
| | **Plaintiff** Oceanside Properties, LLC | | |
| | Total Financial Assessment | | 50.00 |
| | Total Payments and Credits | | 50.00 |
| | **Balance Due as of 08/05/2026** | | **0.00** |
| 06/12/2024 | Transaction Assessment | | 50.00 |
| 06/12/2024 | Electronic Payment | Receipt # SCW-2024-000583 | (50.00) |