**4th Division District Court**

# Case Summary

**Case No. 4CA-2020-00473**

| | | | |
|---|---|---|---|
| **Oceanside Properties, LLC. v. Robert Carver et al.** | § | Location: | **4th Division District Court** |
| | § | Filed on: | **06/04/2020** |

## Case Information

**Related Cases**
WD-2020-0405 (Related Case Number)

Case Type: Eviction - Twenty (20) Day
Case Status: **09/14/2020 Closed**

**Statistical Closures**
09/14/2020 Non-Trial Disposition

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Oceanside Properties, LLC.** | **CONTI, STEVE** ***Retained*** |
| **Defendant** | **Carver, Catherine** | |
| | **Carver, Linda A.** | **ENNIS, JOHN B** ***Retained*** |
| | **Carver, Robert G** | **ENNIS, JOHN B** ***Retained*** |
| | **Carver, Samantha** | **ENNIS, JOHN B** ***Retained*** |

## Case Events

| | |
|---|---|
| 06/04/2020 | Complaint and Notice Filed |
| 06/04/2020 | Summons Issued |
| 06/08/2020 | Summons Issued |
| 06/16/2020 | Summons Returned Served |
| 06/16/2020 | Summons Returned Served |
| 06/16/2020 | Summons Returned Served |
| 07/08/2020 | Motion to Assign Trial |
| 07/15/2020 | Answer Filed |
| 08/03/2020 | Motion Granted |
| 08/03/2020 | Order Entered |
| 08/24/2020 | Application for Entry of Default Filed |

08/24/2020 Judgment Entered

08/26/2020 Execution Requested

08/27/2020 Execution Issued as Ordered

08/30/2020 Entry of Appearance

08/30/2020 Motion to Stay

08/31/2020 Motion to Vacate Judgment

08/31/2020 Order Entered

08/31/2020 Order Entered

09/04/2020 Motion to Amend Answer

09/04/2020 Motion for Continuance

09/04/2020 Motion to Dismiss

09/09/2020 Objection Filed

09/09/2020 Objection Filed

09/09/2020 Objection Filed

09/14/2020 Judgment Entered
Party: Defendant Carver, Robert G;
Defendant Carver, Linda A.;
Defendant Carver, Samantha;
Defendant Carver, Catherine

09/15/2020 Miscellaneous Document Filed

09/16/2020 Notice of Appeal Filed

## Hearings

08/03/2020 **Hearing on Motion to Assign for Trial** (12:20 PM) (Judicial Officer: Hastings, Colleen M.)
*Hearing Concluded*

08/24/2020 **Trial** (11:20 AM) (Judicial Officer: Hastings, Colleen M.)
*Hearing Concluded*

08/24/2020 **Trial** (11:40 AM) (Judicial Officer: Hastings, Colleen M.)
*Hearing Concluded*

08/24/2020 **Trial** (12:00 PM) (Judicial Officer: Hastings, Colleen M.)
*Hearing Concluded*

08/31/2020 **Hearing on Motion to Stay** (2:00 PM) (Judicial Officer: Hastings, Colleen M.)
*Hearing Passed*

08/31/2020 **Hearing on Motion to Vacate Judgment** (2:00 PM) (Judicial Officer: Hastings, Colleen M.)
*Hearing Concluded*

09/14/2020 **Trial** (2:00 PM) (Judicial Officer: Caruolo, James J.)
*Hearing Passed*

09/14/2020 **Hearing on Motion for Continuance** (12:20 PM) (Judicial Officer: Caruolo, James J.)
*Hearing Passed*

09/14/2020 **Hearing on Motion to Dismiss** (12:40 PM) (Judicial Officer: Caruolo, James J.)
*Hearing Passed*

## Financial Information

**Plaintiff** Oceanside Properties, LLC.

| | | | |
|---|---|---|---|
| | Total Financial Assessment | | 316.50 |
| | Total Payments and Credits | | 316.50 |
| | **Balance Due as of 08/05/2026** | | **0.00** |
| 06/04/2020 | Transaction Assessment | | 100.75 |
| 06/04/2020 | Electronic Payment | Receipt # DC4D-2020-000948 | (100.75) |
| 08/27/2020 | Transaction Assessment | | 20.00 |
| 08/27/2020 | Electronic Payment | Receipt # DC4D-2020-001215 | (20.00) |
| 09/16/2020 | Transaction Assessment | | 195.75 |
| 09/16/2020 | Counter Payment | Receipt # DC4D-2020-001306 | (195.75) |
| 04/08/2024 | Transaction Assessment | | 170.00 |
| 04/08/2024 | Adjustment | | (170.00) |