JOHN B. ENNIS
1200 RESERVOIR AVENUE
CRANSTON, RI 02920

# INVOICE

Invoice #60
Date:08/04/2026
Due On:09/03/2026

**22725989**

1200 Reservoir Avenue
Cranston, RI 02920
United States

Linda Carver
15 Avice Street
Narragansett, RI
02882
United States

## 00002-Carver

### Superior Court case to set aside foreclosure and 4th Division District Court and Appeal to Superior Court on eviction case

| Type | Date | Notes | Quantity | Rate (USD) | Total (USD) |
|---|---|---|---|---|---|
| Service | 08/27/2020 | DC-drafting and review | 1.27 | $400.00 | $508.00 |
| Service | 08/29/2020 | DC-drafting and review | 1.80 | $400.00 | $720.00 |
| Service | 08/30/2020 | DC-document preparation and client at office | 2.97 | $400.00 | $1,188.00 |
| Service | 08/31/2020 | DC-preparation for court hearing | 2.02 | $400.00 | $808.00 |
| Service | 08/31/2020 | DC-court hearing | 1.01 | $400.00 | $404.00 |
| Service | 09/08/2020 | SC-drafting | 2.31 | $400.00 | $924.00 |
| Service | 09/10/2020 | SC-drafting | 2.24 | $400.00 | $896.00 |
| Service | 09/10/2020 | SC-drafting and review | 1.34 | $400.00 | $536.00 |
| Service | 09/10/2020 | drafting and review | 5.76 | $400.00 | $2,304.00 |
| Service | 09/12/2020 | drafting | 1.29 | $400.00 | $516.00 |
| Service | 09/12/2020 | drafting and review | 1.98 | $400.00 | $792.00 |
| Service | 09/14/2020 | court hearing | 3.00 | $450.00 | $1,350.00 |
| Service | 09/14/2020 | drafting and filing | 5.45 | $400.00 | $2,180.00 |
| Service | 09/14/2020 | Complaint Filed | 0.30 | $400.00 | $120.00 |
| Service | 09/14/2020 | Summons to JP Morgan Chase, Steven | 1.00 | $400.00 | $400.00 |

| Type | Date | Notes | Quantity | Rate (USD) | Total (USD) |
|---|---|---|---|---|---|
| | | Horowitz, Oceanside Properties LLC, and Brunero Revocable Family Trust 3-31-14 | | | |
| Service | 09/15/2020 | review | 2.10 | $400.00 | $840.00 |
| Service | 11/12/2020 | court control date | 0.43 | $450.00 | $193.50 |
| Service | 11/12/2020 | drafting and review | 1.39 | $400.00 | $556.00 |
| Service | 12/03/2020 | preparation | 1.28 | $400.00 | $512.00 |
| Service | 12/03/2020 | hearing on motion to Dismiss | 0.50 | $450.00 | $225.00 |
| Service | 01/18/2021 | phone call | 0.17 | $400.00 | $68.00 |
| Service | 02/18/2021 | drafting and review | 1.16 | $400.00 | $464.00 |
| Service | 02/23/2021 | drafting motion re jurisdiction | 2.93 | $400.00 | $1,172.00 |
| Service | 02/24/2021 | drafting and review | 2.97 | $400.00 | $1,188.00 |
| Service | 03/02/2021 | drafting | 5.93 | $400.00 | $2,372.00 |
| Service | 03/05/2021 | hearing on motion to dismiss | 1.00 | $400.00 | $400.00 |
| Service | 03/11/2021 | Remote Hearing | 1.00 | $450.00 | $450.00 |
| Service | 03/25/2021 | Remote Hearing | 1.00 | $450.00 | $450.00 |
| Service | 04/12/2021 | drafting and review | 0.67 | $400.00 | $268.00 |
| Service | 05/01/2021 | drafting | 4.21 | $400.00 | $1,684.00 |
| Service | 05/18/2021 | client at office | 0.49 | $400.00 | $196.00 |
| Service | 05/20/2021 | attendance at court | 2.15 | $450.00 | $967.50 |
| Service | 05/20/2021 | drafting and review | 2.25 | $400.00 | $900.00 |
| Service | 05/21/2021 | review | 0.33 | $400.00 | $132.00 |
| Service | 08/06/2021 | Review Motion for Alternative Service | 0.15 | $400.00 | $60.00 |
| Service | 08/09/2021 | Review Motion for Extension of Time | 0.15 | $400.00 | $60.00 |
| Service | 09/03/2021 | Hearing on Motion for Alternative Service | 3.00 | $450.00 | $1,350.00 |
| Service | 09/20/2021 | Motion Extension of Time for Answer | 3.00 | $450.00 | $1,350.00 |
| Service | 10/08/2021 | Review Motion for Alternative Service | 0.15 | $400.00 | $60.00 |
| Service | 10/08/2021 | Review Motion for Alternative and Affidavit for Motion for Alternative Service | 0.15 | $400.00 | $60.00 |
| Service | 10/08/2021 | Filed Motion to Amend | 0.15 | $400.00 | $60.00 |

| Type | Date | Notes | Quantity | Rate (USD) | Total (USD) |
|---|---|---|---|---|---|
| Service | 10/18/2021 | Hearing on Motion for Alternative Service | 1.00 | $450.00 | $450.00 |
| Service | 11/05/2021 | court hearing | 3.01 | $450.00 | $1,354.50 |
| Service | 11/15/2021 | preparation for hearing | 1.75 | $400.00 | $700.00 |
| Service | 01/18/2022 | Hearing on Motion to Compel | 3.00 | $450.00 | $1,350.00 |
| Service | 02/01/2022 | Motion | 0.15 | $400.00 | $60.00 |
| Service | 02/11/2022 | attendance at court and travel | 1.74 | $450.00 | $783.00 |
| Service | 02/21/2022 | Hearing on Motion for Conditional Order of Dismissal<br>Hearing on Motion to Amend | 3.00 | $450.00 | $1,350.00 |
| Service | 02/25/2022 | Schedule Order-Amended Scheduling Order | 0.15 | $400.00 | $60.00 |
| Service | 03/02/2022 | travel to 4th Division and hearing | 2.00 | $450.00 | $900.00 |
| Service | 04/18/2022 | Hearing on Motion for Entry of Judgment | 3.00 | $450.00 | $1,350.00 |
| Service | 06/08/2022 | travel to Narragansett | 1.25 | $450.00 | $562.50 |
| Service | 06/08/2022 | drafting and review | 3.37 | $450.00 | $1,516.50 |
| Service | 08/05/2022 | drafting and review | 0.69 | $450.00 | $310.50 |
| Service | 08/05/2022 | Motion to Amend | 0.15 | $400.00 | $60.00 |
| Service | 08/15/2022 | Hearing on Motion to Amend | 3.00 | $450.00 | $1,350.00 |
| Service | 08/18/2022 | drafting and review | 0.37 | $400.00 | $148.00 |
| Service | 10/20/2022 | travel to and from superior court on motion | 1.98 | $450.00 | $891.00 |
| Service | 02/18/2023 | Answer Filed | 0.20 | $400.00 | $80.00 |
| Service | 04/13/2023 | Objection to Motion | 0.15 | $400.00 | $60.00 |
| Service | 04/17/2023 | court hearing | 2.20 | $450.00 | $990.00 |
| Service | 05/23/2023 | Hearing on Motion to Compel | 3.00 | $450.00 | $1,350.00 |
| Service | 06/04/2023 | travel to and from home of client | 1.51 | $400.00 | $604.00 |
| Service | 06/05/2023 | Motion to Withdraw and Omnibus Calendar | 0.20 | $400.00 | $80.00 |
| Service | 06/16/2023 | drafting and review | 1.59 | $400.00 | $636.00 |
| Service | 06/19/2023 | Hearing on Motion to Withdraw | 3.00 | $450.00 | $1,350.00 |
| Service | 06/20/2023 | review | 0.58 | $450.00 | $261.00 |

| Type | Date | Notes | Quantity | Rate (USD) | Total (USD) |
|---|---|---|---|---|---|
| Service | 06/22/2023 | preparation and deposition | 5.00 | $450.00 | $2,250.00 |
| Service | 06/23/2023 | review | 1.48 | $450.00 | $666.00 |
| Service | 06/24/2023 | review | 0.83 | $450.00 | $373.50 |
| Service | 06/30/2023 | drafting and phone calls | 0.49 | $450.00 | $220.50 |
| Service | 06/30/2023 | drafting and review | 4.30 | $450.00 | $1,935.00 |
| Service | 07/01/2023 | Court | 2.78 | $450.00 | $1,251.00 |
| Service | 07/03/2023 | Preparation and filing Motion to Compel, Rule 7 Motion to Compel Response to Request fpr Production, Rule 7 Motion to compel Answers to Interrogatories, Rule 7 Motion to Compel Response to Request for Production | 3.50 | $450.00 | $1,575.00 |
| Service | 07/04/2023 | review for discovery | 2.20 | $400.00 | $880.00 |
| Service | 07/05/2023 | drafting and review | 2.28 | $450.00 | $1,026.00 |
| Service | 07/09/2023 | drafting and review | 2.39 | $450.00 | $1,075.50 |
| Service | 07/10/2023 | drafting and review | 1.81 | $450.00 | $814.50 |
| Service | 07/14/2023 | court hearing | 3.90 | $450.00 | $1,755.00 |
| Service | 07/14/2023 | research and review | 1.36 | $400.00 | $544.00 |
| Service | 07/14/2023 | Rule 7 Hearing on Motion to Compel Answer to Interrogatories | 3.00 | $450.00 | $1,350.00 |
| Service | 08/09/2023 | Motion for Extension of Time | 0.05 | $400.00 | $20.00 |
| Service | 08/29/2023 | preparation of answers to interrogatories<br>review for SJ issues<br>Face to face<br>notice of default<br>acceleration<br>3.1 notice<br>120 day prohibition<br>no face to face<br>no calls to client | 2.86 | $400.00 | $1,144.00 |
| Service | 09/15/2023 | Attendance at Superior Court Motion to Compel | 4.00 | $450.00 | $1,800.00 |
| Service | 09/26/2023 | Court Status Conference | 3.00 | $450.00 | $1,350.00 |
| Service | 09/30/2023 | review of Sj Motion | 1.50 | $400.00 | $600.00 |
| Service | 10/01/2023 | Response to SJ research | 3.00 | $450.00 | $1,350.00 |
| Service | 10/17/2023 | Filed Motion to Extend of Time | 0.15 | $400.00 | $60.00 |

| Type | Date | Notes | Quantity | Rate (USD) | Total (USD) |
|---|---|---|---|---|---|
| Service | 10/20/2023 | Hearing on Motion for Extension of Time | 3.00 | $400.00 | $1,200.00 |
| Service | 10/31/2023 | Filed Motion for Extension of Time | 0.15 | $400.00 | $60.00 |
| Service | 11/01/2023 | Affidavit in opposition to SJ | 2.00 | $400.00 | $800.00 |
| Service | 11/02/2023 | Objection to Motion | 0.03 | $400.00 | $12.00 |
| Service | 11/02/2023 | Memorandum in Opposition of Summary Judgement | 3.50 | $400.00 | $1,400.00 |
| Service | 11/03/2023 | Hearing on Motion for Extension of Time | 3.00 | $450.00 | $1,350.00 |
| Service | 11/06/2023 | Prepare and entered Consent Order | 0.09 | $400.00 | $36.00 |
| Service | 11/15/2023 | Motion to Strike:<br>Carver Emergency Motion to Strike and for Continuance and for Sanctions11-15-2023 Final | 4.00 | $400.00 | $1,600.00 |
| Service | 11/16/2023 | Hearing on Motion for Summary Judgment and Motion to Strike | 4.45 | $450.00 | $2,002.50 |
| Service | 11/24/2023 | Objection Filed:<br>Statement of disputed facts and Objection<br>Chase Loan Identity letter 11-20-20 | 1.00 | $400.00 | $400.00 |
| Service | 11/24/2023 | Pretrial Memorandu of Law Filed | 4.50 | $400.00 | $1,800.00 |
| Service | 11/27/2023 | Motion in Limine:<br>Motion in limine (2)<br>HDL report of bulk mailing<br>Exhibit of mailing<br>Exhibits - jbelaw75@gmail.com | 2.50 | $400.00 | $1,000.00 |
| Service | 11/27/2023 | Trial Date Certain<br>Hearing on Motion in Limine | 8.00 | $450.00 | $3,600.00 |
| Service | 11/27/2023 | Hearing on Motion in Limine | 1.45 | $400.00 | $580.00 |
| Service | 11/28/2023 | Trial | 8.00 | $450.00 | $3,600.00 |
| Service | 01/08/2024 | Trial | 5.00 | $450.00 | $2,250.00 |
| Service | 01/09/2024 | Foreclosure Cross Examination | 3.00 | $450.00 | $1,350.00 |
| Service | 01/22/2024 | Memorandum of post Trial | 4.50 | $400.00 | $1,800.00 |
| Service | 01/23/2024 | Prepared, edited and file Memorandum Filed<br>Postrial Memorandum and Summation | 4.50 | $400.00 | $1,800.00 |
| Service | 02/23/2024 | Decision in court | 4.00 | $450.00 | $1,800.00 |
| Service | 06/03/2024 | Review | 0.30 | $400.00 | $120.00 |

| Type | Date | Notes | Quantity | Rate (USD) | Total (USD) |
|---|---|---|---|---|---|
| Service | 06/03/2024 | Traveling to Court and Oceanside Hearing | 2.19 | $450.00 | $985.50 |
| Service | 07/16/2024 | Motion to withdraw | 0.15 | $400.00 | $60.00 |
| Service | 07/25/2024 | Certificate of Service Motion to Withdraw | 0.20 | $400.00 | $80.00 |
| Service | 07/26/2024 | Hearing on Motion to Withdraw | 1.00 | $400.00 | $400.00 |
| Service | 08/16/2024 | Remote Hearing and Hearing on Motion | 1.00 | $400.00 | $400.00 |
| Service | 08/20/2024 | Order Motion to Wityhdraw Appearance | 0.20 | $400.00 | $80.00 |
| Service | 08/30/2024 | vary emails between court, client, attorneys from 2020 until 2024 | 5.00 | $400.00 | $2,000.00 |
| | | | | **Subtotal** | **$102,897.00 USD** |

| | |
|---|---|
| **Total** | **$102,897.00** |
| **Payment 08/04/2026** | -$20,000.00 |
| **Balance Owing** | **$82,897.00** |

## Detailed Statement of Account

### Current Invoice: USD

| Invoice Number | Due On | Amount Due (USD) | Payments Received (USD) | Balance Due (USD) |
|---|---|---|---|---|
| 60 | 09/03/2026 | $102,897.00 | $20,000.00 | $82,897.00 |
| | | | **Outstanding Balance** | **$82,897.00 USD** |